**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ERVIN NOLT, ALT., | : | No. 11 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GARY MARTIN, KENNETH SCHEAFFER | : | |
| AND AMOS SEIDERS, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2017, the Application for Leave to File Original Process is **GRANTED**, and the "Writ of Mandamus/Prohibition" is **DENIED**.